UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

           v.

TEXAS CHRISTIAN UNIVERSITY,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-828

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff(s), JOSEPH ORTIZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, TEXAS CHRISTIAN UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       May 3, 2023

                                    **GOTTLIEB & ASSOCIATES**

                                    <u>/s/Michael A. LaBollita, Esq.</u>

                                    Michael A. LaBollita, Esq., (ML-9985)
                                    150 East 18th Street, Suite PHR
                                    New York, NY 10003
                                    Phone: (212) 228-9795
                                    Fax: (212) 982-6284
                                    Michael@Gottlieb.legal

                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge